# The Law Office of Delmas A. Costin, Jr.
177 E. 161st Street
Bronx, NY 10451

dacostin@dacostinlaw.com     Tel: (718) 618-0589
www.dacostinlaw.com     Fax: (347) 510-0099

---

December 1, 2017

The Hon. Debra C. Freeman
United State Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: Callender v. Panabori Food Corp., d/b/a Tiny Pizza and
        Pasta et al Case No.  Case No. 16-cv-07152
        (PKC)(DCF)

Your Honor:

    I represent Plaintiff, Simon Callender, in the above referenced matter.  This is a failure to pay wages, overtime and related claims in violation of the Fair Labor Standards Act and the New York Labor Law.

    The Court currently has a damages inquest based on written submissions pending. (Doc. No. 26).  I write to inquire if the Court requires any additional information to aid it with making this decision.  If so, kindly contact the undersigned, so that I may provide any further assistance as required by the Court.  Thank you for your consideration. Please direct any questions to the undersigned.

                            Very truly yours,

                            /s/
                          Delmas A. Costin, Jr.

CC:    Simon Callender